Edwin Thurston and Amanda Thurston, appellees, v. Merrill L. Hawkins et al., appellants. Gen. No. 33,143.

Opinion filed March 26, 1929. Rehearing denied April 9, 1929.

Arthur H. Jones, Perry B. Brelin and Floyd E. Britton, for appellants. P. F. Murray, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

C. H. Teneyck, appellee, v. J. B. Swanson, appellant. Gen. No. 33,046.

Opinion filed March 26, 1929.

Geo. D. Anthony, for appellant. Paul R. Conaghan, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Henry J. Karch, appellee, v. Henry Schrik, appellant. Gen. No. 33,064.

Opinion filed March 26, 1929.

Koven & Perlman, for appellant. Earl J. Walker, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Messinger Paper Company, appellant, v. Equity Printing & Typesetting Company, appellee. Gen. No. 33,073.

Opinion filed March 26, 1929. Rehearing denied April 9, 1929.

Stephen A. Cross and H. B. Cross, for appellant. Giuseppe Zaffina, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Samuel Patrowich, appellee, v. Irving System Clothes Company, appellant. Gen. No. 33,082.

Opinion filed March 26, 1929.

Harold L. Feigenholtz, for appellant. Schwartz & Cooper, for appellee.

Mr. Justice Barnes delivered the opinion of the court.